IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:   11-mj-00031-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL D. ARIAS,

    Defendant.

## ORDER OF RELEASE

The Complaint having been dismissed on Motion of the Government, the Defendant is hereby **ORDERED** released after processing by the U.S. Marshal.

DATED:  July 22, 2011

                                       BY THE COURT:

                                       s/ Gudrun J. Rice
                                       Gudrun J. Rice
                                       United States Magistrate Judge